NUMBER 13-05-501-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________ 


REYNALDO RAMIREZ, ET AL., Appellants,


v.



OWENS-CORNING FIBERGLASS, ET AL., Appellees.

_______________________________________________________ 


On appeal from the 319th District Court


of Nueces County, Texas.


_______________________________________________________ 


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion Per Curiam



 Appellants, REYNALDO RAMIREZ, ET AL., attempted to perfect an appeal from
an order entered by the 319th District Court of Nueces County, Texas, in cause 04-06983-G.

 A review of the documents on file in this cause fails to affirmatively reflect that
this Court has jurisdiction over this appeal. It does not appear that the order from
which this appeal is taken is a final, appealable judgment. Pursuant to Tex. R. App. P.
42.3, notice of these defects was given so that steps could be taken to correct the
defects, if it could be done. Appellants were advised that, if the defects were not
corrected within ten days from the date of receipt of this notice, the appeal would be
dismissed for want of jurisdiction. Appellants failed to respond to this Court's notice. 

 The Court, having considered the documents on file and appellants' failure to
respond to this Court's notice, is of the opinion that the appeal should be dismissed
for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

 PER CURIAM


Memorandum Opinion delivered and filed this

the 9th day of November, 2006.